No. 59987.—W. F. L. Drum Company et al. v. United States, protests 267775–K/ 7310, etc. (Chicago).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the merchandise consists of vellum the same in all material respects as that the subject of Abstracts 57385 and 58987, the claim for free entry under paragraph 1736 was sustained.

No. 59988.—Railway Express Agency v. United States, protest 265292–K (San Francisco).

Opinion by OLIVER, C. J.  An examination of the record failing to disclose any evidence sufficient to overcome the presumption of correctness attaching to the collector's action, the protest was overruled.

No. 59989.—Bourjois Mfg. Corp. et al. v. United States, protests 281546–K, etc. (New York).

Opinion by MOLLISON, J.  In accordance with stipulation of counsel that the merchandise consists of essential oils the same in all material respects as those the subject of *Ungerer & Co., Inc.* v. *United States* (33 Cust. Ct. 152, C. D. 1647), the claim of the plaintiffs was sustained.